AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

v.

NIURKA POLANCO

**APPEARANCE**

Case Number: 07 mj 00567 (UA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NIURKA POLANCO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 8, 2007 | *[signature]* |
| Date | Signature |
| | Lee Ginsberg / 7724 |
| | Print Name / Bar Number |
| | 30 Vesey St., Ste 100 |
| | Address |
| | New York / NY / 10007 |
| | City / State / Zip Code |
| | (212) 608-0808 / (212) 962-9696 |
| | Phone Number / Fax Number |